McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Petitioners
UNITED STATES OF AMERICA and RO CHARLES DUFF

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and CHARLES DUFF, Revenue Officer, Internal Revenue Service,<br><br>           Petitioners,<br><br>     v.<br><br>GARY REG,<br><br>           Respondent. | MISC. S-04-0366 MCE/JFM<br><br>**MAGISTRATE JUDGE'S CERTIFICATE RE: CONTEMPT AND ORDER TO SHOW CAUSE UNDER 28 U.S.C. § 636(e)(6)(B)**<br><br>Taxpayers: GARY REG and MICROBASE TECHNOLOGIES, INC |

This case came before me on May 26, 2005, on my Order to Show Cause filed April 15, 2005. Yoshinori H. T. Himel, Assistant United States Attorney, appeared for petitioners, accompanied by petitioning Revenue Officer Charles Duff. There was no appearance by or for respondent, Gary Reg.

<u>CERTIFICATE</u>

This court certifies, under 28 U.S.C. § 636(e)(6)(B)(iii) and (B) foll. (iii), as follows:

The United States and Revenue Officer Charles Duff initiated these proceedings by petition filed November 10, 2004, and this court issued an Order to Show Cause Re: Tax Summons Enforcement on December 20, 2004. Respondent, Gary Reg, was personally served with the petition and order to show cause, but did not oppose enforcement in writing and did not appear at the summons enforcement hearing on January 27, 2005. Upon findings and recommendations, filed February 1, 2005, Judge England entered a final order, filed

1

1  February 28, 2005, enforcing the IRS summons and ordering Mr. Reg to meet with the
2  Revenue Officer at a time to be set by the Revenue Officer and to produce all records and
3  testimony demanded by the summons.
4        Thereafter, by letter dated March 11, 2005, the Revenue Officer set an appointment for
5  Mr. Reg to appear before him on April 4, 2005, to comply with the summons.  Mr. Reg did
6  not appear.  Respondent has failed to comply with the Order filed February 28, 2005.
7        By Order to Show Cause Re: Contempt, filed April 15, 2005, respondent Reg was
8  ordered to file a written response regarding contempt, and to appear for hearing on May 26,
9  2005, on pain of contempt.  No response was filed, and respondent made no appearance.
10        Pursuant to 28 U.S.C. § 636(e)(6)(B), IT IS HEREBY CERTIFIED that respondent,
11  Gary Reg, failed to obey the Order Enforcing Internal Revenue Service Summonses filed
12  February 28, 2005, by failing to appear and comply with the IRS summons; and that he failed
13  to obey the Order to Show Cause Re: Contempt filed April 15, 2005, by failing to respond in
14  writing and failing to appear at the hearing held May 26, 2005.
15        Accordingly, this case is referred to The Honorable Morrison C. England, United
16  States District Judge, pursuant to 28 U.S.C. 636(e)(6)(B), for trial of the issues of civil
17  contempt and coercive incarceration or other relief.
18        IT IS HEREBY ORDERED that Respondent, GARY REG, shall appear on June 13,
19  2005, at 9:00 o'clock a.m., before United States District Judge Morrison C. England, in
20  Courtroom 3 on the 15th floor of the United States Courthouse, at 501 I Street, Sacramento,
21  California, then and there to show why he should not be held in civil contempt and be jailed
22  or subjected to other coercive sanctions until he complies with the summons enforcement
23  order filed February 28, 2005.
24        IT IS SO ORDERED.
25  Dated: June 8, 2005.
26
27                                      UNITED STATES MAGISTRATE JUDGE
28  reg.fr