IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and CHARLES DUFF, Revenue Officer, Internal Revenue Service,<br><br>    Petitioners,<br><br>  v.<br><br>GARY REG,<br><br>    Respondent.<br>_____/ | No. MISC. S. 04-0366 MCE/JFM<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER OF CIVIL CONTEMPT** |

This matter came on regularly for hearing on June 13, 2005 at 9:00 a.m. based upon a referral from the Magistrate Judge assigned to this case pursuant to 28 U.S.C. §636(e)(6)(b). The Magistrate Judge certified this matter to the District Judge for trial on the issue of civil contempt.

Assistant United States Attorney Yoshinori H.T. Himel (hereafter "AUSA Himel") appeared on behalf of petitioners United States of America and Charles Duff. Respondent Gary Reg did not appear.

///

///

Having previously reviewed all of the papers filed in this case and after hearing the argument presented in open court by AUSA Yoshinori H.T. Himel, the Court makes the following findings of fact:

1. The United States of America and revenue officer Charles Duff initiated these proceedings against Respondent Gary Reg (hereafter "Respondent") by a petition filed on November 10, 2004.

2. This Court issued an order to show cause to Respondent regarding tax summons enforcement on December 20, 2004 which set an enforcement hearing date of January 27, 2005.

3. Respondent was personally served with the Petition and Order to Show Cause regarding tax summons enforcement.

4. Respondent did not appear at the tax summons enforcement hearing on January 27, 2005.

5. Findings and Recommendations were submitted by the Magistrate Judge to the District Judge on February 1, 2005. The Findings and Recommendations recommended enforcement of the tax summons and ordered Respondent to meet with the Internal Revenue officer and to produce all records and testimony demanded by the summons. The time and place for the appointment was to be determined by the Internal Revenue officer. The District Court adopted the Magistrate Judge's Findings and Recommendations on February 28, 2005.

6. The Internal Revenue officer set an appointment for the Respondent to appear and produce all records for April 4, 2005.

///

7. Respondent did not appear at the appointment as ordered on April 4, 2005.

8. Respondent failed to comply with the Order Enforcing Internal Revenue Service Summons issued by this court on February 28, 2005.

9. On April 15, 2005, the Magistrate Judge issued an Order to Show Cause Re: Contempt requiring Respondent to file a written response regarding his contempt and to appear for a hearing on May 26, 2005.

10. Respondent did not file any written response regarding the Order to Show Cause Re: Contempt and further, Respondent failed to appear at the hearing on May 26, 2005.

11. All notices of hearing were properly served on Respondent.

12. Neither this Court nor AUSA Himel have received any communication from Respondent regarding his compliance with any of the Court orders or his intention to appear at any of the hearings or produce any documents.

Based upon the foregoing, this Court finds by clear and convincing evidence that Respondent, Gary Reg, has failed to comply with all previous orders of this Court by failing to provide the requested documentation and/or make the required appearances, Respondent Reg, is therefore GUILTY of civil contempt.

In light of this Court's determination of civil contempt, this Court has determined that ordering a compensatory fine or a coercive fine will not be effective in requiring Respondent to comply with this Court's previous orders.  This Court has

1  determined that the only appropriate method of insuring
2  Respondent's compliance with this Court's orders is through
3  coercive incarceration.
4      Accordingly, a no bail bench warrant for the arrest for
5  Respondent, Gary Reg, will issue forthwith.  There shall be no
6  stays or other delays in the issuance or execution of said bench
7  warrant.  Respondent shall remain incarcerated until such time as
8  he complies with the previously issued orders of this court.
9  Upon full compliance of all orders of this Court, Respondent
10 shall be released from further incarceration.
11 DATE: June 15, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE