

| | |
|---|---|
| 1   McGREGOR W. SCOTT<br>     United States Attorney<br>2   YOSHINORI H. T. HIMEL #66194<br>     Assistant U. S. Attorney<br>3   501 I Street, Suite 10-100<br>     Sacramento, California 95814<br>4   Telephone: (916) 554-2760 | FILED<br><br>JUN 23 2005<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>            DEPUTY CLERK |

5   Attorneys for Petitioners
    UNITED STATES OF AMERICA and RO CHARLES DUFF

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>CHARLES DUFF, Revenue Officer,<br>Internal Revenue Service,<br><br>         Petitioners,<br><br>     v.<br><br>GARY REG,<br><br>         Respondent. | MISC. S-04-0366 MCE/JFM<br><br>**ORDER TO U.S. MARSHAL TO<br>RELEASE GARY REG FROM<br>CUSTODY**<br><br>Taxpayers: GARY REG and<br>MICROBASE TECHNOLOGIES, INC |

This case came before me on June 23, 2005, on my Order of Civil Contempt filed June 15, 2005. Yoshinori H. T. Himel, Assistant United States Attorney, appeared for petitioners, and was accompanied by petitioning Revenue Officer Charles Duff. Mary French, Deputy Federal Defender, appeared for respondent, Gary Reg, who was present.

Petitioners reported that respondent has complied sufficiently with the IRS summonses to allow him to be released from custody. Accordingly, the United States Marshal SHALL RELEASE respondent Gary Reg FORTHWITH.

It is SO ORDERED.

Dated: June 23, 2005

_____
UNITED STATES DISTRICT JUDGE

MORRISON C. ENGLAND, JR.